# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  WAI KWAN LO PHUNG     :     CHAPTER 13
                                                          :
     **Debtor**     :     NO. 23-13035

## ORDER

AND NOW, this  23rd  day of  October , 2023, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **November 3, 2023** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
                                                              J.