UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **WAI PHUNG** | : | |
| | : | Case No. 23-13035 |
| Debtor(s). | : | |
| | : | |
| | : | |

------------------------------X

### ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION
### TO EXTEND THE AUTOMATIC STAY

**AND NOW,** the Movant's having requested expedited consideration of their Motion to Extend the Automatic Stay (the "**Motion**") and the Movants certifying to the Court that they gave prior notice to all parties in interest by electronic communication, email or telephone, IT IS HEREBY ORDERED that an expedited hearing for consideration of the Movants' Motion shall be held at:

United States Bankruptcy Court - E.D. PA.
Courtroom #4, United States Bankruptcy Court
Philadelphia Division/Nix Building
900 Market St  Philadelphia, PA 19107

**on** _November 1, 2023_ **at** _11:00_ a.m. prevailing time.

   _X_  in person  or
   _X_  via telephonic means using Access code:   3027681 after dialing 877-873-8017.

**IT IS HEREBY FURTHER ORDERED** that any party opposing the Motion shall file an answer or response at or before the time and date of the hearing set above and that any party opposing the Motion shall appear at the hearing on the Motion or it may be granted without further notice. IT IS HEREBY FURTHER ORDERED that Movants' counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and either the Chapter 7 or the Chapter 13 Trustee, all secured creditors with liens on Movants' property (by

serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

BY THE COURT

Date: October 24, 2023

_____
Ashely M. Chan
United States Bankruptcy Judge.