United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13035-amc |
| Wai Kwan Lo Phung | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wai Kwan Lo Phung, 2531 Valley View Road, Bensalem, PA 19020-2262 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARK A. CRONIN | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Wai Kwan Lo Phung support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―X

In re                                                                 :
                                                                          :      Chapter 13
**WAI  PHUNG**                                              :
                                                                          :      Case No. 23-13035
                                                                          :
           Debtor(s).                                       :
                                                                          :
                                                                          :

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―X

## ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION
## TO EXTEND THE AUTOMATIC STAY

**AND NOW,** the Movant's having requested expedited consideration of their Motion to Extend the Automatic Stay (the "**Motion**") and the Movants certifying to the Court that they gave prior notice to all parties in interest by electronic communication, email or telephone, IT IS HEREBY ORDERED that an expedited hearing for consideration of the Movants' Motion shall be held at:

**United States Bankruptcy Court - E.D. PA.
Courtroom #4, United States Bankruptcy Court
Philadelphia Division/Nix Building
900 Market St  Philadelphia, PA 19107**

on _____November 1, 2023_____ at __11:00____ a.m. prevailing time.

__X__  in person  or

__X__  via telephonic means using Access code:   3027681 after dialing 877-873-8017.

**IT IS HEREBY FURTHER ORDERED** that any party opposing the Motion shall file an answer or response at or before the time and date of the hearing set above and that any party opposing the Motion shall appear at the hearing on the Motion or it may be granted without further notice. IT IS HEREBY FURTHER ORDERED that Movants' counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and either the Chapter 7 or the Chapter 13 Trustee, all secured creditors with liens on Movants' property (by

serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

Date: October 24, 2023

BY THE COURT

Ashely M. Chan
United States Bankruptcy Judge.