# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------X

In re                                :

**WAI PHUNG**                        :         Chapter 13

                                            :         Case No. 23-13035

      Debtor(s).                     :

                                            :

                                            :

----------------------------------X

## CERTIFICATE OF SERVICE

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the **Motion to Extend the Automatic Stay, together with Motion for Expedited Hearing, as well as the order setting expedited hearing on the same,** by regular mail, email, and ECF to the addresses indicated below:

Date:  October 27, 2023                     /s/ Paul H. Young
                                                           Attorney for Debtor
                                                           3554 Hulmeville Rd., Ste. 102
                                                            Bensalem, PA 19020
                                                           (215) 639-5297
                                                           Fax: (215) 639-1344
                                                           support@ymalaw.com

**United States Trustee**                           **Scott F. Waterman**
Office of United States Trustee                     Chapter 13 Trustee
Robert N.C. Nix Federal Building                    2901 St. Lawrence Ave.
900 Market Street                                   Suite 100
Philadelphia, PA 19107                              Reading, PA 19606

**All Creditors on Matrix**

**Debtor**