# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------X

In re                                :

**WAI PHUNG**                        :     Chapter 13

                                     :     Case No. 23-13035

    Debtor(s).                       :

                                     :

                                     :

------------------------------X

## ORDER

**AND NOW**, upon consideration of the Debtor(s) motion to extend the automatic stay under Section 362(a) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion, and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: November 2, 2023

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE