IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Wai Kwan Lo Phung
   Debtor,

Nationstar Mortgage LLC as servicer for THE
BANK OF NEW YORK MELLON f/k/a THE
BANK OF NEW YORK as Indenture Trustee
for  Newcastle Mortgage Securities Trust
2007-1
   Movant.
v.

Wai Kwan Lo Phung
   Debtor/Respondent,

Scott Waterman, Trustee
   Additional Respondent.

BANKRUPTCY CASE NUMBER
23-13035-amc

CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

  Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and

1109(b), THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as

Indenture Trustee for  Newcastle Mortgage Securities Trust 2007-1, requests special notice of all

matters which must be noticed to creditors, equity security holders, any creditors or other

committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee,

or any other party.  This request includes not only the notices and papers referred to in the Rules

above, but also includes, without limitation, Orders and notice of any Application, Motion,

Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph,

telex, facsimile or otherwise.

Respectfully submitted,

Dated:  January 2, 2024

BY:*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

LLG File #: 23-070215

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Wai Kwan Lo Phung<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>23-13035-amc |
| Nationstar Mortgage LLC as servicer for THE<br>BANK OF NEW YORK MELLON f/k/a THE<br>BANK OF NEW YORK as Indenture Trustee<br>for  Newcastle Mortgage Securities Trust<br>2007-1<br>    Movant.<br>v. | CHAPTER 13 |
| Wai Kwan Lo Phung<br>    Debtor/Respondent, | |
| Scott Waterman, Trustee<br>    Additional Respondent. | |

## CERTIFICATE OF SERVICE

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 2nd day of January, 2023:

Wai Kwan Lo Phung
2531 Valley View Road
Bensalem, PA 19020

Paul H. Young, Esquire, Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
support@ymalaw.com - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com