UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Wai Kwan Lo Phung<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-13035-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 22nd day of February, 2024, by first class mail upon those listed below:

Wai Kwan Lo Phung
2531 Valley View Road
Bensalem, PA  19020

**Electronically via CM/ECF System Only:**

YOUNG MARR  & ASSOCIATES
PAUL H YOUNG ESQUIRE
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA  19020

                                                 */s/ Kristen Gliem*
                                                 Kristen Gliem
                                                 for
                                                 Scott F. Waterman, Esquire
                                                 Standing Chapter 13 Trustee