United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 23-13035-amc
Wai Kwan Lo Phung | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Mar 14, 2024      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wai Kwan Lo Phung, 2531 Valley View Road, Bensalem, PA 19020-2262 |
| 14821449 | | Aqua Pennsylvania, Inc., 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14821450 | + | Bucks County Tax Claim Bureau, Court House, 55 E. Court Street, Doylestown, PA 18901-4331 |
| 14821451 | | Bucks County Water & Sewer Authority, PO Box 8457, Philadelphia, PA 19101 |
| 14832612 | | HSBC Bank USA NA, 229 Walden Ave C9, Attn: Business Services, 229 Walden Ave C9, Depew, NY 14043-229 |
| 14821466 | + | Terminix/servicemaster, 150 Peabody Place, Memphis, TN 38103-3700 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14828988 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:16:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14828994 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:16:12 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14821452 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:28:11 | Cap1/wmt, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14821453 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:27:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14821454 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:27:09 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14821455 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 14821456 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitycb/bjsclub, Po Box 182120, Columbus, OH 43218-2120 |
| 14821457 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 15 2024 00:13:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14821458 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 15 2024 00:16:42 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14821461 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:27:12 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14821459 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Mar 15 2024 00:12:00 | Hsbc Bank, Po Box 2013, Buffalo, NY 14240-2013 |

Case 23-13035-amc    Doc 43    Filed 03/16/24    Entered 03/17/24 00:31:49    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 14821460 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2024 00:12:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14827791 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:27:01 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14828734 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:28:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14821462 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14821463 | + | Email/Text: cedwards@ncsplus.com | Mar 15 2024 00:13:00 | Ntl Crdt Sys, 117 E 24th St, New York, NY 10010-2937 |
| 14838118 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 15 2024 00:13:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14821464 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 15 2024 00:27:43 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14822698 | ^ | MEBN | Mar 15 2024 00:10:02 | THE BANK OF NEW YORK MELLON, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14838579 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | THE BANK OF NEW YORK MELLON at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14843360 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2024 00:12:00 | THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14821465 | + | Email/Text: bncmail@w-legal.com | Mar 15 2024 00:13:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14821467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 15 2024 00:28:31 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14835787 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 00:27:12 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2024    Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 14, 2024 | Form ID: pdf900 | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Indenture Trustee for Newcastle Mortgage Securities Trust 2007-1 bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Wai Kwan Lo Phung support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Wai Kwan Lo Phung<br><br>　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 23-13035-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 14, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE